**CHADBOURNE & PARKE LLP**
Counsel for the Petitioners
1301 Avenue of the Americas
New York, New York 10019
(212) 408-5100
Howard Seife
Andrew Rosenblatt
Eric Daucher

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re : | |
| : | |
| OAS FINANCE LIMITED, : | In a Case Under Chapter 15 |
| : | of the Bankruptcy Code |
| : | |
| Debtor in a Foreign Proceeding. : | Case No. 15-11304 (SMB) |

# AFFIDAVIT OF SERVICE

David M. Bava, being duly sworn, deposes and says:

1. I am employed by the law firm of Chadbourne & Parke LLP, am not a party to this action and am over the age of eighteen.

2. On May 20, 2015, I caused to be served a true and correct copies of the following upon the parties listed on the annexed Service List by overnight expedited delivery.

> *(i)*   *Notice of Filing of Petition Under Chapter 15 of the United States Bankruptcy Code and Order Scheduling Hearing to Consider Chapter 15 Petition*
>
> *(ii)*   *Chapter 15 Petition for Recognition of Foreign Proceeding*
>
> *(iii)*   *Verified Petition Under Chapter 15 of the Bankruptcy Code for Recognition of a Foreign Main Proceeding, and Requesting a Temporary Restraining Order, a Preliminary Injunction, and Related Relief*

CPAM: 7756436.1

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment under penalty of perjury.

                                                            */s/ David M. Bava*
                                                              David M. Bava

Sworn to before me this
28th day of May 2015

*/s/ Francisco Vazquez*
      Notary Public

**Francisco Vazquez
Notary Public, State of New York
No. 31-6013920
Qualified in New York County
Commission Expires Dec. 27, 2018**

# SERVICE LIST
## (By Overnight Expedited Delivery)

| | |
|---|---|
| John K. Cunningham<br>White & Case, LLP<br>200 South Biscayne Boulevard<br>Suite 4900<br>Miami, FL 33131 | Susheel Kirpalani<br>Quinn Emanuel Urquhart<br>& Sullivan LLP<br>51 Madison Avenue<br>22nd Floor<br>New York, NY 10010 |
| Kimberly A. Haviv<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036 | Benjamin Finestone<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue<br>22nd Floor<br>New York, NY 11010 |
| Gregory M. Starner<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036 | OAS S.A. - em recuperacao judicial<br>Av. Angelica, n 2.330/2.346/2.364<br>9 andar, sala 904, Consolacao<br>Sao Paulo 01228-200 |
| Peter A. Baumgaertner, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, New York 10036<br><br>Counsel to the Indenture Trustees | Edward A. Friedman, Esq.<br>Friedman Kaplan Seiler & Adelman LLP<br>7 Times Square<br>New York, New York 10036<br><br>Counsel to Aurelius Investment, LLC and Alden Global Adfero BPI Fund, Ltd., Alden Global Opportunities Master Fund, L.P., Alden Global Value Recovery Master Fund, L.P., and Turnpike Limited |
| Huxley Capital Corporation<br>535 Madison Avenue, 22nd Floor<br>New York, New York 10022 | Huxley Capital Corporation<br>c/o Registered Agent<br>National Corporate Research, Ltd.<br>615 S. Dupont Hwy<br>Dover, DE 19901 |
| Ariel Lavinbuk<br>Robbins, Russell, Englert, Orseck,<br>Untereiner & Sauber LLP<br>1801 K. Street NW<br>Washington, DC 20006 | Lawrence S. Robbins, Esq.,<br>Robbins, Russell, Englert, Orseck,<br>Untereiner & Sauber LLP<br>1801 K Street, N.W., Suite 411l,<br>Washington, D.C. 20006<br><br>Counsel to Huxley Capital Corporation |
| Timothy Desieno, Esq.<br>Morgan Lewis & Bockius LLP<br>399 Park Avenue<br>New York, New York 10022<br><br>Counsel to the Ad Hoc Group | OAS Finance Limited (in provisional liquidation)<br>c/o Trident Chambers<br>P.O. Box 146<br>Road Town, Tortola,<br>British Virgin Islands VG 1110 |
| Eduardo Secchi Munhoz<br>Mattos Filho, Veiga Filho, Marrey Jr<br>E Quiroga Advogados<br>Al. Joaquim Eugênio De Lima 447<br>São Paulo, Sp 01403-001, Brazil<br><br>Co-Counsel to Each Of the Debtors | Joel Luis Thomaz Bastos, Dias Carneiro<br>Arystóbulo Flores Sanches Thomaz<br>Bastos Advogados<br>Av. Paulista, 1079 – Bela Vista<br>São Paulo, Sp 01311-200, Brazil<br>Co-Counsel to Each Of the Debtors |

CPAM: 7756436.1

| | |
|---|---|
| Office of the United States Trustee<br>For the Southern District Of New York<br>201 Varick Street, Suite 1006<br>New York, New York 10014 | Banco Bradesco S.A.<br>Av. Cidade De Deus S/Nº<br>Osasco, Sao Paulo, 06029-900<br>Brazil<br>Phone: +55-1136844011 |
| Banco Caixa Geral- Brasil S.A<br>Rua: Joaquim Floriano, 960, 17º Andar<br>São Paulo, Sp 04.534-004, Brazil | Banco De Lage Landen<br>Rua: Soledade, 550 - 8º Andar Poto<br>Alegre, Rs 90.470-340, Brazil |
| Banco Caterpillar S.A.<br>Rua Alexandre Dumas, 1711, 9º Andar<br>São Paulo, Sp 04.717-004, Brazil | Banco Do Brasil S.A.<br>Rua: Direita Da Piedade, 25 - 5 Andar<br>Salvador, BA 40.070-190, Brazil |
| Banco Do Estado Do Rio Grande Do Sul<br>S.A. Rua Capitão Montanha, 177, 4º<br>Andar Porto Alegre, Rs 90010-040,<br>Brazil | Banco Internacional Del Perú<br>S.A.A. Av. Carlos Villarán 140<br>Las Victoria 15034 Peru |
| Banco Mercedes-Benz Do Brasil<br>S.A. Av. Do Cafe, 277 , 6º Andar<br>São Paulo, Sp 04.311-000, Brazil | Banco Pine S.A.<br>Av Das Nacoes Unidas, 8501 - 29º E 30º<br>Andares São Paulo, SP 05.425-070, Brazil |
| Banco Volvo (Brasil) S.A.<br>Av Juscelino K. De Oliveira, 2.600<br>Curitiba, Pr 81.260-900, Brazil | Brl Trust Distribuidora De Títulos E Valores<br>Mobiliários S.A.<br>Rua Iguatemi, 151, 19º Andar (Parte)<br>São Paulo, SP 01451-011, Brazil |
| Deere Credit Inc.<br>6400 NW 86th Street<br>Johnston, Iowa, 50131 | Financiadora De Estudos E Projetos –<br>Finep Praia Do Flamengo, 200<br>Rio De Janeiro, RJ 22210-065 Brazil |
| HSBC Bank Brasil S.A.<br>420 Fifth Ave, 4th Floor<br>New York, New York 10018 | HSBC Bank Brasil S.A.<br>Travessa Oliveira Belo, 34<br>Curitiba, PR 80.020-030,<br>Brazil |
| John Deere Financial<br>6400 NW 86th Street<br>Johnston, Iowa, 50131 | Oliveira Trust Distribuidora De Títulos E Valores<br>Imobiliários S.A.<br>Avenida Das Américas, 500, Bloco 13, Grupo<br>205 Rio De Janeiro, RJ 22640-100, Brazil |
| Pentágono S.A. De Titulos E Valores Mobiliarios<br>Av. das Américas, Nº 4.200<br>Salas 303/304 - Bloco 08 - Ala B (Ed. Genéve)<br>Barra da Tijuca - Rio de Janeiro - RJ<br>CEP: 22640-102<br>Tel.: (21) 3385-4565 | Banco Santander (Brasil) S.A.<br>Avenida Presidente Juscelino<br>Kubitschek, 2041/2235 - Bloco A<br>São Paulo, SP 04543-011, Brazil |
| Vinci Capital Gestora De Recursos Ltda<br>Avenida Ataulfo De Paiva, 153 5º E 6º<br>Andares Rio De Janeiro, RJ 22.440-032<br>Brazil | Citibank - T&T<br>Calle Centenario 156, La<br>Molina, Lima 12  Peru |
| Banco Société Générale Brasil S.A.<br>Av. Paulista, 2300 – 9º And – Cj/91/93 - Cerqueira<br>Cesar São Paulo, SP 01310-300, Brazil | Cessna Finance Export Corporation<br>100 N. Broadway, Suite 600<br>Wichita, Kansas 67202 |
| Swiss Reinsurance Company<br>Ltd Mythenquai 50/60 8002<br>Zurich, Switzerland | BNP Paribas USA NY<br>787 Seventh Avenue<br>Equitable Tower<br>New York, New York 10019 |
| Banco Do Brasil Ny<br>11 West 42nd Street<br>New York, New York 10036 | Citibank<br>399 Park Avenue<br>New York, NY 10043 |

CPAM: 7756436.1

| | |
|---|---|
| NYC Office of the Sheriff Law Enforcement Bureau<br>66 John Street – 13th Floor<br>New York, New York 10038 | PNC Bank<br>620 Liberty Avenue<br>Pittsburgh, PA 15222 |
| ITAÚ BBA Nassau<br>P.O. Box N-3930 Ground Floor, Charlotte House Charlotte & Shirley Streets<br>Nassau, The Bahamas | Citibank (Miami)<br>8750 NW 36 St.<br>Miami, Florida 33178 |
| BNP Paribas Fortis SA NV Austria Branch Herrengasse 1-3 Vienna 1010,<br>Vienna, Austria | ITAU BBA New York<br>767 Fifth Avenue, 50th Floor<br>New York 10153-0023 |
| Sound Com Corporation<br>227Depot Street<br>Berea, Ohio 44017 | OAS S.A.<br>Avenida Angelica, No. 2330/2346/2364, 9th Floor, Room 904, Consolation, CEP 01228-200,<br>São Paulo, Brazil |
| Construtora OAS S.A.<br>Avenida Angelica, No. 2330/2346/2364,<br>7th Floor, Room<br>720, Consolation, CEP 01228-200,<br>São Paulo, Brazil | OAS Investimentos S.A.<br>Avenida Angelica, No. 2220, 10th Floor, Room 101, Consolation, CEP 01228-200,<br>São Paulo, Brazil |
| OAS Infraestrutura S.A.<br>Avenida Angelica, No. 2,330/2,346/2,364,<br>9th Floor, Room 908, Consolation, CEP 01228-200,<br>São Paulo, Brazil | OAS Engenharia e Construção S.A.<br>Avenida Angelica, No. 2330/2346/2364, 7th Floor, Room 705, Consolation, CEP 01228-200,<br>São Paulo, Brazil |
| OAS Investments GmbH – em recuperação judicial<br>Fischhof 3/6, 1010<br>Vienna, Austria  1010 | OAS Finance Limited<br>National Corporate Research Ltd.<br>10 East 40th Street, 10th Floor<br>New York, New York 10016 |

CPAM: 7756436.1