# chadbourne

Chadbourne & Parke LLP
1301 Avenue of the Americas
New York, NY 10019
telephone: (212) 408-5100

**Andrew Rosenblatt**
direct tel: +1 (212)-408-5559
arosenblatt@chadbourne.com

November 23, 2015

**VIA EMAIL AND ECF**

The Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 723
New York, NY 10004-1408

    Re:   *In re OAS Finance Limited*, Case No. 15-11304 (SMB)

Dear Judge Bernstein:

    This firm represents Marcus A. Wide and Mark T. McDonald (the "JPLs") in their capacity as joint provisional liquidators and duly authorized foreign representatives of OAS Finance Limited ("Finance"). As indicated at the status conference held before Your Honor on November 19, 2015, the JPLs and other parties that have appeared in this case respectfully request that the Court maintain the *status quo* by temporarily holding in abeyance any decision with respect to the JPLs' petition for recognition and related relief, so as to allow discussions concerning Finance and the OAS Group to continue in a positive and productive setting.

    As requested by Your Honor, the JPLs will provide the Court with a further update concerning Finance and any developments in the British Virgin Islands and/or Brazil proceedings by no later than December 31, 2015.

    We are available if Your Honor has any questions.

                                                                Respectfully submitted,

                                                                Andrew Rosenblatt

cc:    John K. Cunningham, Esq. (via email)
          Gregory M. Starner, Esq. (via email)
          Richard S. Kebrdle, Esq. (via email)
          Michael B. Carlinsky, Esq. (via email)
          Susheel Kirpalani, Esq. (via email)
          Allan S. Brilliant, Esq. (via email)
          Craig P. Druehl, Esq. (via email)