PILLSBURY WINTHROP SHAW PITTMAN LLP
Dina E. Yavich
1540 Broadway
New York, NY 10036
(212) 858-1000 (Phone)
(212) 858-1500 (Fax)
dina.yavich@pillsburylaw.com

*Counsel for Deutsche Bank Trust Company Americas,
as Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re: | : |
| | : |
| OAS FINANCE LIMITED, | : In a Case Under Chapter 15 |
| | : of the Bankruptcy Code |
| | : |
| Debtor in a Foreign Proceeding. | : Case No.: 15-11304 (SMB) |

------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorney listed below hereby enters her appearance as counsel for Deutsche Bank Trust Company Americas ("Deutsche Bank"), in its capacity as the trustee under (i) that certain indenture, dated as of April 25, 2013, governing the 8.875% Perpetual Notes and (ii) that certain indenture, dated as of July 2, 2014 (as supplemented by the First Supplemental Indenture, dated as of September 2, 2014), governing the 8.00% Senior Notes due 2021, in the above-captioned chapter 15 case, pursuant to chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that copies of all notices and pleadings in the above-captioned chapter 15 case be given and served upon:

> Dina E. Yavich
> 1540 Broadway
> New York, NY 10036
> (212) 858-1000 (Phone)
> (212) 858-1500 (Fax)
> dina.yavich@pillsburylaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation any and all orders and notices of any application, motion, petition, complaint, demand, request or other pleading in this chapter 15 case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed or given with regard to this chapter 15 case, and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearances, pleadings, proofs of claim, claims, or suits filed in this case shall be deemed or construed as a waiver of Deutsche Bank's (i) right to have final orders in any non-core matters entered only after *de novo* review by a district judge, (ii) right to trial by jury in any proceeding so triable in this chapter 15 case or any case, controversy, or proceeding related thereto, (iii) right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which Deutsche Bank is or may be entitled, either in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
       June 7, 2016

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Dina E. Yavich*
Dina E. Yavich
1540 Broadway
New York, NY 10036
(212) 858-1000 (Phone)
(212) 858-1500 (Fax)
dina.yavich@pillsburylaw.com

*Counsel for Deutsche Bank Trust Company Americas, as Trustee*